# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FARHAD ASAAD,
                    Plaintiff,

-vs-                                    Case No. 6:08-cv-676-Orl-18KRS

EMBARQ MANAGEMENT COMPANY,
                      Defendant.

## ORDER

This case is before the Court on the Joint Notice of Filing Settlement Agreement and Joint Motion for Entry of Stipulated Final Judgment (Doc. No. 26) filed July 2, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 5, 2009 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Notice of Filing Settlement Agreement and Joint Motion for Entry of Stipulated Final Judgment (Doc. No. 26) is **GRANTED**.

3. The Court finds the parties' settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. Counsel for Plaintiff is prohibited from withholding any portion of funds payable to Plaintiff under the settlement agreement pursuant to a retainer agreement or otherwise.

6. Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

7. This case is dismissed with prejudice.

8. The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 27 day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party